**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs)(12/09)  Case Number **10–34482**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/19/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Traci Mecham
PO Box 146
Springville, UT 84663

| Case Number:<br>10–34482 RKM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–9947 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Robert S. Payne<br>Lincoln Law<br>921 West Center Street<br>Orem, UT 84057<br>Telephone number:  (801) 224–8282 | Bankruptcy Trustee (name and address):<br>J. Kevin Bird tr<br>Bird & Fugal<br>384 East 720 South<br>Suite 201<br>Orem, UT 84058<br>Telephone number:  (801) 426–4700 |

### Meeting of Creditors
Date: **November 17, 2010**                    Time: **11:30 am**
Location: **Provo City Library, Academy Square, 550 N. University Ave., Provo, UT 84601**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/18/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number:  (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
|---|---|
| Hours Open:  8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date:  10/27/10 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–800–733–6740 or (801) 524–3107 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s)or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Bankr.D.Ut. Rules 1007–2, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within five days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mmb                   Page 1 of 1                   Date Rcvd: Oct 27, 2010
Case: 10-34482                 Form ID: rab9a              Total Noticed: 28

The following entities were noticed by first class mail on Oct 29, 2010.
db          +Traci Mecham,   PO Box 146,    Springville, UT 84663-0146
aty         +Robert S. Payne,    Lincoln Law,   921 West Center Street,    Orem, UT 84057-5203
7315019     +Action Collection Svc,    1325 S Vista Ave,    Boise, ID 83705-2533
7315023     +Bonneville Billing,    10 W Broadway Ste 610,    Salt Lake City, UT 84101-2041
7315024      Bryan W. Cannon & Assoc.,    8619 S Sandy Pkwy St 111,    Sandy, UT 84070
7315025     +Calvary Portfolio Services,    Attention: Bankruptcy Department,    Po Box 1017,
              Hawthorne, NY 10532-7504
7315027     +Cbe Group,   131 Tower Park Dr Suite 100,    Waterloo, IA 50701-9588
7315028     +Check City,   484 S 1750 W,    Springville, UT 84663-5706
7315029     +Direct TV,   PO Box 78626,    Phoenix, AZ 85062-8626
7315031     +Dr. David Nance,    285 East 400 South,    Springville, UT 84663-1957
7315033     +Ihc,   Po Box 26415,    Salt Lake City, UT 84126-0415
7315035     +Mary Lou Smith,    900 S State Street,    Orem, UT 84097-7028
7315036     +Massage Envy,    11553 Parkway Plaza Dr. #100,    South Jordan, UT 84095-5790
7315037     +QC Finance,    1668 N State St,    Orem, UT 84057-2542
7315038     +Rc Willey Home Furnishings,    Attn: Bankruptcy,    Po Box 65320,    Salt Lake City, UT 84165-0320
7315039     +Renaissance Ranch,    2829 West 13800 South,    Riverton, UT 84065-5902
7315040     +Revenue Cycl,    3 Westbrook Corpor,    Westchester, IL 60154-5703
7315041     +Southwest Recovery,    15400 Knoll Trail S-300,    Dallas, TX 75248-3467

The following entities were noticed by electronic transmission on Oct 28, 2010.
tr          +EDI: QJKBIRD.COM Oct 27 2010 21:23:00     J. Kevin Bird tr,    Bird & Fugal,    384 East 720 South,
              Suite 201,    Orem, UT 84058-6320
7315020     +EDI: ACCE.COM Oct 27 2010 21:23:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
7315021     +EDI: HFC.COM Oct 27 2010 21:23:00      Benefial Finance,    PO Box 60101,
              City Of Industry, CA 91716-0101
7315022      EDI: HFC.COM Oct 27 2010 21:23:00      Beneficial,    PO Box 4153-K,    Carol Stream, IL 60197
7315026     +EDI: AIS.COM Oct 27 2010 21:23:00      Capital One, N.a.,    C/O American Infosource,
              Po Box 54529,    Oklahoma City, OK 73154-1529
7315030     +EDI: DISCOVER.COM Oct 27 2010 21:23:00      Discover Fin,    Attention: Bankruptcy Department,
              Po Box 6103,    Carol Stream, IL 60197-6103
7315032     +EDI: HFC.COM Oct 27 2010 21:23:00      Hsbc/rs,    Attn: Bankruptcy,    Po Box 5263,
              Carol Stream, IL 60197-5263
7315034     +EDI: RESURGENT.COM Oct 27 2010 21:23:00      Lvnv Funding Llc,    Po Box 740281,
              Houston, TX 77274-0281
7315042     +EDI: WFFC.COM Oct 27 2010 21:23:00      Wells Fargo Auto Finance,
              13675 Technology Dr. Building C,    Eden Prairie, MN 55344-2252
7315043     +EDI: WFFC.COM Oct 27 2010 21:23:00      Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,
              Urbendale, IA 50323-2310
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2010**          **Signature:**   *Joseph Speetjens*